UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REGINALD BENNERSON,
                         Plaintiff,

               -v-

COLLINS BUILDING SERVICES INC.,
                         Defendant.

18-CV-2244 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

Based on Plaintiff's letter to the Court on September 14, 2018 (Dkt. No. 16) and Defendant's letter to the Court on October 3, 2018 (Dkt. No. 18), this action is hereby dismissed without prejudice for lack of prosecution.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 4, 2018
       New York, New York

                                                _____
                                                J. PAUL OETKEN
                                             United States District Judge